IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 02-cv-00901-WDM-CBS

ADVANTEDGE BUSINESS GROUP,

    Plaintiff(s),

v.

MERIDIAN BENEFIT, INC., et al.,

    Defendant(s).

_____

**MINUTE ORDER**
_____

    The following Minute Order is entered by Judge Walker D. Miller:

    Plaintiff's motion to file supplemental brief (doc. no. 304) is granted.

Dated: January 10, 2006

                                                    _____
                                                    /s/ Jane Trexler, Secretary/Deputy Clerk