IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 02-cv-00901-WDM-CBS

ADVANTEDGE BUSINESS GROUP,

      Plaintiff,

v.

MERIDIAN BENEFIT, INC., et al.,

      Defendants.

---

## MINUTE ORDER

---

The following Minute Order is entered by Judge Walker D. Miller:

The motion for leave to respond to Jeff Woody's response is granted.

Dated: September 27, 2006

s/ Jane Trexler, Secretary/Deputy Clerk