# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

# JUDGE WALKER D. MILLER

# COURTROOM MINUTES

Courtroom Deputy: Kathy Preuitt-Parks  
Court Reporter: Janet Coppock

Date: November 21, 2006  
Time: 65 minutes

**CASE NO.   02-cv-00901-WDM**

<u>Parties</u>

**ADVANTEDGE BUSINESS GROUP, LLC,**

Plaintiff,

vs.

**MERIDIAN BENEFITS, INC, et al,**

Defendants.

<u>Counsel</u>

Garth Farrell  
Nathan Silver  
Nico Nagel

Ellis Mayer  
Brent Anderson  
Mico Ando

# FINAL TRIAL PREPARATION CONFERENCE

**2:00 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.

Matter set for 2 week jury trial, commencing December 4, 2006.  Counsel advised this case is second set to a criminal case and because of speedy trial, if the criminal case proceeds, which it appears it will, this case will be bumped.

Page Two
02-cv-00901-WDM
November 21, 2006

Court further advises that it will vacate this trial setting if counsel stipulate.

Discussion regarding the possibilities of settlement.

Court and counsel discuss time to complete trial.  Court advises counsel that it will not approve the 12 days indicated in the Pretrial Order and trial will be completed in 2 weeks.

Discussion regarding defendant's Daubert motion and whether there is a need for a hearing.

**ORDERED:**   Defendants' Motion to Strike Plaintiff's Expert, James Morris, Under Daubert and Request for Hearing (Doc #336) is **STRICKEN** without prejudice to objecting to the witness' testimony at trial.

**ORDERED:**   If this matter does not proceed with the scheduled trial, defendant has leave to file a reasonably limited motion that addresses the particular issues with authority in support.

Discussion as to when this case may be rescheduled for trial.  Counsel directed to contact chambers for dates the trial may be rescheduled.

Court and counsel discuss Judge Miller's Trial Procedures, including jury selection of 8, voir dire by counsel limited to 10 minutes and opening statements limited to 30 minutes, exhibits, witnesses and jury instructions.

Discussion regarding the dismissal of defendants Meridian Benefits and Donald Ruth and the remaining claims.

**ORDERED:**   Plaintiff shall initiate a telephone conference is scheduled for **November 29, 2006 at 2:00 p.m.**

**3:05 p.m.**   **COURT IN RECESS**

**Total in court time:**   65 minutes

**Hearing concluded**