IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 02-cv-00901-WDM-CBS

ADVANTEDGE BUSINESS GROUP, LLC,

    Plaintiff,

v.

MERIDIAN BENEFIT INC.,

    Defendant.

## NOTICE OF DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

    The court takes notice of Plaintiff's Notice of Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(i). Accordingly, this case is dismissed without prejudice as to defendants Meridian Benefit Inc and Donald G. Ruth only, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on November 21, 2006.

                                          BY THE COURT:

                                          s/ Walker D. Miller
                                          United States District Judge