IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 02-cv-00901-WDM-CBS

ADVANTEDGE BUSINESS GROUP,

    Plaintiff,

v.

MERIDIAN BENEFIT, INC., et al.,

    Defendants.

## MINUTE ORDER

    The following Minute Order is entered by Judge Walker D. Miller:

    1. Defendants' Motion to Strike Supplemental Report of James R. Morris, PhD, is denied upon the condition that defendants shall be allowed to reasonably depose Dr. Morris concerning the supplemental report.

    2. The parties shall file a joint exhibit list listing all exhibits to be offered at trial which shall be sequentially numbered without reference to the party offering the exhibit by December 29, 2006, to be appended to the final Pretrial Order.

    3. All motions in limine (Doc. Nos. 332, 333, 334, 335, 337, 338, 339, 340, 341, 342, 343, 344, 345, 346, 347, 349, 350) are denied without prejudice. The parties shall consult and negotiate in good faith to determine whether any of these motions can be resolved or are needless. Any party refiling one of these motions must certify that it has negotiated in good faith to resolve the motion with no success.

    4. The motion for leave to file answer to second amended complaint (Doc. No. 352) is granted.

    5. The parties shall schedule a *Daubert* hearing concerning defendant's Motion to Exclude (Doc. No. 408).

Dated: December 13, 2006

s/ Jane Trexler, Secretary/Deputy Clerk