IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 02-cv-00901-WDM-CBS

ADVANTEDGE BUSINESS GROUP,

    Plaintiff,

v.

MERIDIAN BENEFIT, INC., et al.,

    Defendants.

## MINUTE ORDER

The following Minute Order is entered by Judge Walker D. Miller:

The *Daubert* hearing is scheduled **March 15, 2007, at 9:00 a.m.** (3 hours) in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated: February 14, 2007

                                      s/ Jane Trexler, Secretary/Deputy Clerk