IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 02-WDM-00901-WDM-CBS

ADVANTEDGE BUSINESS GROUP,

    Plaintiff,

v.

MERIDIAN BENEFIT, INC., et al.,

    Defendants.

_____

**ORDER TO SHOW CAUSE**
_____

    This matter is before me on the plaintiff's Motion to Vacate the *Daubert* hearing Set for March 15, 2007, and plaintiff counsel's Motion to Withdraw.  Both motions are based upon the representation that plaintiff has ceased communicating with counsel making it difficult if not impossible to represent the plaintiff at the *Daubert* hearing and thereafter.  Given that trial is several months away, a continuance of the *Daubert* hearing would not be prejudicial to either party and defendants may seek any relief as may be appropriate because of a continuance.

    The failure of the plaintiff to maintain communication with its counsel may be considered lack of prosecution and the failure to comply with applicable rules and orders of this court, including the *Daubert* hearing which has been scheduled for some time.

    Being sufficiently advised in the premises, it is ordered:

    1. The motion to vacate the scheduled *Daubert* hearing is granted and the hearing

set for March 15, 2007, is vacated;

2. Plaintiff shall show cause pursuant to D.C.COLO.LCivR41.1 on or before March 26, 2007, why this case should not be dismissed for plaintiff's lack of prosecution or failure to comply with applicable rules and orders of this court. If good cause is not shown by March 26, 2007, this matter may be dismissed with or without prejudice; and

3. Hearing on the show cause order and plaintiff counsel's motion to withdraw is scheduled for **March 26, 2007, at 11:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

DATED at Denver, Colorado, on March 13, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge